IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MARTIN, *et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>TIAA BANK, FSB, f/k/a Everbank Financial Corp..<br><br>  Defendant. | |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, hereby consent to be an Opt-In Party Plaintiff in the above-captioned matter which seeks to recover compensation for overtime worked that was not paid as required by the Fair Labor Standards Act. I was employed by TIAA Bank, FSB, f/k/a Everbank Financial Corp.. ("Everbank") as a retail mortgage loan officer during at least one workweek for which the payday was in the past three years. I wish to be included as a party and to be bound by any judgment in the claims being asserted against Everbank by former and current employees of Everbank, and I hereby give consent to Frank, Weinberg & Black, PL, Robert D. Soloff, P.A., Swartz Swidler, LLC, and Meredith Malatino Law, LLC (the "Attorneys") to bring suit against Everbank on my behalf under the Fair Labor Standards Act. I further designate the Attorneys and the Named Plaintiffs as my agents in making decisions on my behalf in this litigation, including entering into settlement agreements pertaining to this matter.

**Richard**
First Name

**Martin**
Last Name

Middle

**2 Church Tavern Road**
Street Address

**South Salem**
City

**New York**
State

**10590**
Zip Code

**9176205777**
Telephone Number

Signature: *rjmartin64@gmail.com (Feb 22, 2019)*

Email: rjmartin64@gmail.com

Feb 22, 2019