IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MARTIN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> TIAA BANK, FSB, f/k/a Everbank Financial Corp.. <br><br> Defendant. | |

## CONSENT TO JOIN LAWSUIT

I, the undersigned, hereby consent to be an Opt-In Party Plaintiff in the above-captioned matter which seeks to recover compensation for overtime worked that was not paid as required by the Fair Labor Standards Act. I was employed by TIAA Bank, FSB, f/k/a Everbank Financial Corp.. ("Everbank") as a retail mortgage loan officer during at least one workweek for which the payday was in the past three years. I wish to be included as a party and to be bound by any judgment in the claims being asserted against Everbank by former and current employees of Everbank, and I hereby give consent to Frank, Weinberg & Black, PL, Robert D. Soloff, P.A., Swartz Swidler, LLC, and Meredith Malatino Law, LLC (the "Attorneys") to bring suit against Everbank on my behalf under the Fair Labor Standards Act. I further designate the Attorneys and the Named Plaintiffs as my agents in making decisions on my behalf in this litigation, including entering into settlement agreements pertaining to this matter.

**Lori**        **Lesser**        **G**
First Name        Last Name        Middle

**133 Northern Parkway West**
Street Address

**Plainview**        **NY**        **11803**
City        State        Zip Code

**917-318-6330**
Telephone Number

Signature: *Lori G. Lesser (Feb 22, 2019)*        Feb 22, 2019

Email: lgutlesser@gmail.com