IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MARTIN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> TIAA BANK, FSB, f/k/a Everbank Financial Corp.. <br><br> Defendant. | |

## CONSENT TO JOIN LAWSUIT

I, the undersigned, hereby consent to be an Opt-In Party Plaintiff in the above-captioned matter which seeks to recover compensation for overtime worked that was not paid as required by the Fair Labor Standards Act. I was employed by TIAA Bank, FSB, f/k/a Everbank Financial Corp.. ("Everbank") as a retail mortgage loan officer during at least one workweek for which the payday was in the past three years. I wish to be included as a party and to be bound by any judgment in the claims being asserted against Everbank by former and current employees of Everbank, and I hereby give consent to Frank, Weinberg & Black, PL, Robert D. Soloff, P.A., Swartz Swidler, LLC, and Meredith Malatino Law, LLC (the "Attorneys") to bring suit against Everbank on my behalf under the Fair Labor Standards Act. I further designate the Attorneys and the Named Plaintiffs as my agents in making decisions on my behalf in this litigation, including entering into settlement agreements pertaining to this matter.

**David**
First Name

**Gutfeld**
Last Name

Middle

**463 hill street**
Street Address

**Maywood**
City

**Nj**
State

**07607**
Zip Code

**201 906 4468**
Telephone Number

Signature: *David Gutfeld (Feb 22, 2019)*

Feb 22, 2019

Email: David.gutfeld@gmail.com