UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lori Lesser, *et al.*,

                Plaintiffs,

      —v—

TIAA Bank, FSB,

                Defendant.

19-cv-1707 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 3, 2019, Defendant filed a motion to compel arbitration and stay this litigation pending arbitration. Dkt. No. 40.  Accordingly, the Court hereby adjourns the conference currently scheduled for July 26, 2019, pending the resolution of Defendant's motion.  Plaintiffs shall file any opposition to Defendant's motion by no later than July 17, 2019.  Defendant shall file any reply to Plaintiffs' opposition by July 24, 2019.

      SO ORDERED.

Dated: July 8, 2019

      New York, New York

                      ALISON J. NATHAN
                  United States District Judge