

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Leslie W. Ehret
Partner
504.599.8203 Direct Dial
504.599.8263 Fax
lehret@frilot.com

Renee G. Culotta
Partner
504.599.8085 Direct Dial
504.599.8267 Fax
rculotta@frilot.com

July 19, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

  Re: *Martin, et al. v. TIAA Bank, FSB, f/k/a Everbank Financial Corp.*
    Southern District of New York
    Docket No.: 19-cv-01707 (AJN)

Dear Judge Nathan:

  On July 3, 2019, Defendant TIAA Bank, FSB ("TIAA") filed a Motion to Compel Arbitration and Stay Proceedings (Rec. Doc. 40), along with a Declaration of Leslie W. Ehret and attached exhibits (Rec. Doc. 40-2). Due to clerical error, the document attached as Exhibit A was incorrect. In order to correct this error, TIAA respectfully requests the attached Declaration and Exhibits A-J, with Exhibit A corrected, be entered into the record in place of Rec. Doc. 40-2. Please let me know if you have questions or if this causes any concern. Thank you for your assistance.

        All the best,

        Leslie W. Ehret
        Renee G. Culotta

LWE | vng

cc: **VIA ECF**



Hon. Alison J. Nathan
*Martin, et al. v. TIAA Bank, FSB, f/k/a Everbank Financial Corp.*
Docket No.: 19-cv-01707 (AJN)
July 19, 2019
Page 2

Attorneys for Plaintiffs
Carley Jane Skarbnik (SNDY 488526)
MEREDITH MALATINO, LLC
411 Hackensack Avenue, Suite 407
Hackensack, NJ 07601
Phone: (201) 518-1914
Email: cmeredith@meredithmalatinolaw.com

Justin L. Swidler, Esq.
SWARTZ SWIDLER, LLC
1101 Kings Highway N, Ste. 402
Cherry Hill, NJ 08034
Telephone: (856) 685-7420
E-mail: jswidler@swartz-legal.com

Robert D. Soloff, Esq.
ROBERT D. SOLOFF, P.A.
7805 SW 7th Court
Plantation, Florida 33324
Telephone: (954) 472-0002
E-mail: robert@solofflaw.com

Marc A. Silverman, Esq.
FRANK WEINBERG BLACK, P.A.
7805 SW 7th Court
Plantation, Florida 33324
Telephone: (954) 474-8000
E-mail: msilverman@fwblaw.net

Local Counsel for Defendant
Barbara A. Sheehan (BS-7497)
NICOLETTI HORNIG & SWEENEY
88 Pine Street, 7th Floor
New York, NY 10005
Phone: (212) 220-3830
Email: bsheehan@nicolettihornig.com