

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Leslie W. Ehret
Partner
504.599.8203 Direct Dial
504.599.8263 Fax
lehret@frilot.com

Renee G. Culotta
Partner
504.599.8085 Direct Dial
504.599.8267 Fax
rculotta@frilot.com

October 22, 2019

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *Martin, et al v. TIAA Bank, FSB, f/k/a Everbank Financial Corp.*
                Southern District of New York
                Docket No.:   19-cv-01707(AJN)(BCM)

Dear Judge Nathan:

      Pursuant to this Court's Individual Practices Rule 3(H), "Failure of the Court to Schedule Argument or Decide Motion," Defendant TIAA, FSB d/b/a TIAA Bank, alerts the Court that its Motion to Compel Arbitration and Stay Proceedings (Rec. Doc. 40) was fully briefed as of July 24, 2019, and has been pending for ninety days.

                                    Respectively submitted,

                                      Leslie W. Ehret
                                      Renee Culotta



cc: **VIA ECF AND ELECTRONIC MAIL**

Attorneys for Plaintiffs:

Carey Jane Skarabnik (SNDY 488526)
Meredith Malatino, LLC
411 Hackensack Avenue, Suite 407
Hackensack, NJ  07601
Phone: (2-10) 518-1914
cmeredith@meredithmalatinolaw.com

Justin L. Swidler, Esq.
Swart Swidler, LLC
1101 Kings Highway N, Ste. 402
Cherry Hill, NJ 08034
Telephone (856) 685-7420
Email: jswidler@swartz-legal.com

Robert D. Soloff, Esq.
Robert D. Soloff, P.A.
7805 SW 7th Court
Plantation, Florida 33324
Telephone: (954) 472-0002
Email: robert@solofflaw.com

Marc A. Silverman, Esq.
Frank Weinberg Black, P.A.
7805 SW 7th Court
Plantation, Florida 33324
Telephone: (954) 474-8000
Email: msilverman@fwblaw.net

Local Counsel for Defendant:

Barbara A. Sheehan (BS7497)
Nicoletti Horning & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Email: bsheehan@nicolettihornig.com